UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN ORENDE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACHILLION PHARMACEUTICALS, INC., NICOLE VITULLO, JOSEPH TRUITT, DAVID SCHEER, FRANK VERWIEL, JASON S. FISHERMAN, KURT GRAVES, MICHAEL D. KISHBAUCH, and ROBERT L. VAN NOSTRAND,<br><br>Defendants. | Case No. 2:19-cv-05281-MAK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kevin Orende ("Plaintiff") voluntarily dismisses this action without prejudice as to both Plaintiff's individual claims and without prejudice as to the claims of the putative class. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Since no class has been certified and the dismissal is without prejudice to Plaintiff and without prejudice as to all other members of the putative class, notice of this dismissal is not required. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: December 11, 2019

Respectfully submitted,

*/s/ Marc L. Ackerman*

**BRODSKY & SMITH, LLC**
Marc L. Ackerman (PA Bar 56294)
Ryan P. Cardona (PA Bar 316350)
Two Bala Plaza, Suite 510
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
Fax: (610) 667-9029